UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

M.A.G.,   JANETH   AGUILAR   and
FRANSISCO GALINDO, SR. ,

      Plaintiffs,

v.                                                                  Case No:  2:14-cv-433-FtM-38CM

GERBER   PRODUCT   CO.   and
NESTLE USA, INC.,

      Defendants.

_____/

## ORDER[1]

This matter comes before the Court on the Parties' Joint Notice of Settlement (Doc. #28) filed on August 3, 2015.  In the Notice, the Parties note that they have settled this action, but must establish a guardianship in order to ratify the settlement because this action involves a minor child.  (Doc. #28).  The Court acknowledges the Parties' Notice, and will stay this action pending a guardianship being established.  The Parties shall provide the Court with status updates every thirty (30) days until otherwise ordered.

Accordingly, it is now

**ORDERED:**

1. This action is **STAYED** pending a guardianship being established in order to ratify the settlement involving a minor child.

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

2. The Parties shall provide the Court with status updates every thirty (30) days until otherwise ordered.

3. The Clerk is directed to place a stay flag on this action and terminate any pending deadlines or motions.

**DONE** and **ORDERED** in Fort Myers, Florida, this 17th day of August, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record