UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

M.A.G., JANETH AGUILAR and FRANSISCO GALINDO, SR. ,

    Plaintiffs,

v.                                                                  Case No: 2:14-cv-433-FtM-38CM

GERBER PRODUCT CO. and NESTLE USA, INC.,

    Defendants.
_____/

# ORDER[1]

This matter comes before the Court on Plaintiffs' Motion for Leave to File Under Seal (Doc. #30) filed on August 21, 2015. On August 3, 2015, the Parties alerted the Court that they have reached an amicable settlement. (Doc. #28). Plaintiffs now seek to file that settlement with the Court under seal. (Doc. #30). Local Rule 1.09(a) notes that only extraordinary circumstances warrant filing a settlement with the Court under seal, such as protecting minors. Because this action was brought on behalf of a minor, the Court finds good cause to allow Plaintiffs to file their settlement with the Court under seal.

Accordingly, it is now

**ORDERED:**

1. Plaintiffs' Motion for Leave to File Under Seal (Doc. #30) is **GRANTED**.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

2. Plaintiffs shall file a copy of the settlement agreement with the Court on or before **September 1, 2015**.

3. Upon receipt of the settlement agreement from Plaintiffs, the Clerk shall file the same with the Court **under seal**.

**DONE** and **ORDERED** in Fort Myers, Florida, this 25th day of August, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record